**Fill in this information to identify the case:**

Debtor name    **In Home Program, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-14136**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Aetna** |
| | List the contract number of any government contract | | **2201 Renaissance Blvd** **King of Prussia, PA 19406** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Aetna Better Health** |
| | List the contract number of any government contract | | **2000 Market Street, Suite 850** **Philadelphia, PA 19103** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Cell Phone Services** | |
|---|---|---|---|
| | State the term remaining | | **AT&T** |
| | List the contract number of any government contract | | **PO Box 6403** **Carol Stream, IL 60197** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement (3 Years)** | |
|---|---|---|---|
| | State the term remaining | | **Gerald Szucs** |
| | List the contract number of any government contract | | **1201 Ocean Avenue** **Brigantine, NJ 08203** |

Debtor 1   In Home Program, Inc.                                    Case number (*if known*)   **25-14136**
          First Name        Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
| State the term remaining | | **Independence Blue Cross** |
| List the contract number of any government contract | | **1901 Market Street** **Philadelphia, PA 19103** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **IT Services Agreement** | |
| State the term remaining | | **Kanrad Technologies, Inc. dba KanTime** |
| List the contract number of any government contract | | **4010 Moorpark Ave** **San Jose, CA 95117** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
| State the term remaining | | **Keystone Mercy Health Plan** |
| List the contract number of any government contract | | **200 Stevens Drive** **Philadelphia, PA 19113** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Home Health Care and Home Care Service Agreement** | |
| State the term remaining | | **Liberty HealthCare Corporation** |
| List the contract number of any government contract | | **743 N. 24th Street** **Philadelphia, PA 19130** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| State the term remaining | | **Long Term Solutions** **182 West Central Street** |
| List the contract number of any government contract | | **Suite 202** **Natick, MA 01760** |

Debtor 1    **In Home Program, Inc.**

First Name _____ Middle Name _____ Last Name _____

Case number *(if known)*    **25-14136**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Axxess VOIP System** | |
|---|---|---|---|
| | State the term remaining | | **Navitas**<br>**1013 Centre Road**<br>**Suite 403A**<br>**Wilmington, DE 19805** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PA Health & Wellness**<br>**300 Corporate Center Drive**<br>**Camp Hill, PA 17011** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Cell Phone Agreement** | |
|---|---|---|---|
| | State the term remaining | | **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **United Health Care Ins. Co.**<br>**800 King Farm Blvd. Suite 600**<br>**Rockville, MD 20850** |
| | List the contract number of any government contract | | |