IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*                                              :    **Chapter 11**
                                                     :
**In Home Program, Inc. d/b/a MARSCare,**             :
                                                     :    **Bankruptcy No. 25-14136 (AMC)**
              **Debtor.**                             :

## ORDER

**AND NOW,** this __24th__ day of _____Feb._____ , 2026, upon consideration of the Debtor's

Motion for an Order Fixing Bar Date for the Filing of Proofs of Claim and For Approval of the Form

of Notice (the "Motion"), it is hereby

**ORDERED,** that the Motion is **GRANTED**, and **April 24, 2026** is the date set as the

Government Proof of Claim deadline, and any other creditor having a claim against the Debtor shall

file a Proof of Claim on or before **April 24, 2026** with the office of the Deputy in Charge of

Bankruptcy Operations, United States Bankruptcy Court, Robert C. Nix Federal Courthouse, 900

Market Street, Suite 400, Philadelphia, PA 19107, and forward a copy of the same to Debtor's

counsel at the address listed on the Notice, or the claim of the creditor may be discharged or

disallowed as untimely; and it is further

**ORDERED,** that Debtor's counsel is directed to mail this Order and the proposed Form of

Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein; and it is

further

4

**ORDERED,** that the Form of Notice attached to the Motion is approved as containing

sufficient information to enable creditors to file a proof of claim and provides adequate notice of the

date by which all claims must be filed and the effect of the failure of a creditor to file a claim.


**BY THE COURT:**

_____

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY CHIEF JUDGE