## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **In Home Program, Inc. d/b/a MARSCare,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 25-14136-AMC** |

### CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire, hereby certify that on the 27th day of February, 2026, a copy

of the following:

- *Signed Order Setting Bar Date to File Proof of Claim*
- *Exhibit "A" Notice*
- *Proof of Claim Form*

to be served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the

attached Service List.

**CIARDI CIARDI & ASTIN**

By: */s/ Daniel S. Siedman*
Daniel S. Siedman, Esquire

*Counsel to Debtor*

**In Home Program 25-14136 (AMC)**
**2002 list & US Trustee**


**DOJ-US Trustee**
John Schanne
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**City of Phila – Law Department**
Pamela Elchert Thurmond, Esquire
Municipal Services Bldg
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**WSFS**
c/o Jeffrey S. Cianciulli, Esquire
The Widener Bldg
1339 Chestnut Street, Ste 500
Philadelphia, PA 19107


**Government agencies**


PA Dept of Labor and Industry – UCTS
Bankruptcy & Compliance Unit
625 Cherry Street; Room 203
Reading, PA 19602-1152

**Comm of PA – Dept of Labor & Industry**
**Collections Support Unit**
651 Boas Street, Room 702
Harrisburg, PA 17121

Commonwealth of PA
Pennsylvania Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120


PA Dept of Labor
1700 Labor and Industry Bldg
Harrisburg, PA 17120

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Dept of Revenue
PO Box 280903
Harrisburg, PA 17128


Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

United States Attorney's Office
For the Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19107

SEC
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103


**Creditors**


Aetna
2201 Renaissance Blvd
King of Prussia, PA 19405

Aetna Better Health
2000 Market Street, Ste 850
Philadelphia, PA 19103

Apploi Corp
25 West 39th Street
New York, NY 10001


AT&T
PO Box 6403
Carol Stream, IL 60197

Atlantic Tomorrow's Office
134 West 26th Street
New York, NY 10001

Bayada Home Health Care, Inc.
1 West Main Street
Moorestown, NJ 08057

Cedar Consulting
2729 Cambridge Street
Philadelphia, PA  19130

City of Philadelphia
Dept of Revenue/Water Revenue
Municipal Building
1401 JFK Blvd., Room 580
Philadelphia, PA 19107

City of Philadelphia
Law Department
Bankruptcy Division
1401 JFK Blvd., Room 580
Philadelphia, PA  19107

Comcast
PO Box 70219
Philadelphia, PA  19176

Gerald Szucs
1201 Ocean Avenue
Brigantine, NJ  08203

Richard J. Szucs
202 Popular Road
Chalfont, PA  18914

Greater Phila Chamber of Commerce
200 S. Broad St., #700
Philadelphia, PA  19102

Gitomer & Berenholz, PC
445 Shady Lane
Huntingdon Valley, PA  19006

Health Care First
1550 American Blvd East, 9th Floor
Minneapolis, MN  55425

Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103

Kanrad Technologies, Inc
4010 Moorpark Ave
San Jose, CA 95117

Keystone Mercy Health Plan
200 Stevens Drive
Philadelphia, PA  19113

Liberty Healthcare Corporation
743 N. 24th Street
Philadelphia, PA  19130

Long Term Solutions
182 West Central Street, Ste 202
Natick, MA  07160

McKesson Medical – Surgical
PO Box 204786
Dallas, TX  75320

Mercey Surgical Dressing Group, Inc
4 Zesta Drive
Pittsburgh, PA  15205

MidAtlantic Rehabilitation Services
c/o Edmond George, Esquire
Obermayer
1500 Market Street, Ste 3400
Philadelphia, PA  19102

Monica Rivera
109 Warren Avenue
West Berlin, NJ  08091

Monica Rivera
c/o Matthew A. Luber
McOmber McOmber & Luber PC
50 Lake Center Drive, Ste 400
Marlton, NJ  08053

Navitas
1013 Centre Road, Ste 403A
Wilmington, DE  19805

Navitas Credit Corp
201 Executive Center Dr., Ste 100
Columbia SC  29210

PA Health & Wellness
300 Corporate Center Drive
Camp Hill, PA  17011

PEAC Solutions
PO Box 13604
Philadelphia, PA  19101

PECO Energy – 739
PO Box 37629
Philadelphia, PA  19101-3604

PA Dept of Labor
1700 Labor & Industry Bldg
Harrisburg, PA  17120

Pennsylvania Home Care Assoc.
600 N. 12th Street, Ste 200
Lemoyne, PA  17043

Pennsylvania State Police
2201 Belmont Ave
Philadelphia, PA  19131

Philadelphia Gas Works – 734
PO Box 11700
Newark, NJ 07101-4700

Philadelphia Parking Authority
35 N. 8th Street
Philadelphia, PA 19106

Post & Schell
1717 Arch Street
Philadelphia, PA 19103

Quest Diagnostics
PO Box 828660
Philadelphia, PA 19182

Quadient Leasing
PO Box 6813
Carol Stream, IL 60197-6813

Staples
PO Box 70242
Philadelphia, PA 19176

Stericycle
28883 Network Place
Chicago, IL 60673

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

United Concordia
1800 Center Street
Camp Hill, PA 17011

United Healthcare Ins. Co
800 King Farm Blvd., Ste 600
Rockville, MD 20850

US Bank
PO Box 790408
Saint Louis, MO 63179

Wellsy
11300 Switzer Road
Overland Park, KS 66210

Wilmington Savings Fund Society
PO Box 71272
Philadelphia, PA 19176

WSFS Bank Center
500 Delaware Ave, 12th Floor
Wilmington, DE 19801