**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **In Home Program, Inc. d/b/a MARSCare,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 25-14136 (AMC)** |

**ORDER PURSUANT TO 11 U.S.C. § 1125, FEDERAL RULES OF BANKRUPTCY PROCEDURE 3016, 3017, AND LOCAL RULE 3016-1 APPROVING DISCLOSURE STATEMENT RELATED TO PLAN OF REORGANIZATION PROPOSED BY IN HOME PROGRAM, INC. D/B/A MARSCARE, THE DEBTOR AND DEBTOR-IN-POSSESSION, AND FIXING DATES FOR THE FILING OF ACCEPTANCES, <u>REJECTIONS, OR OBJECTIONS TO THE PLAN OF REORGANIZATION</u>**

**AND NOW**, this ___9th___ day of ___April_____, 2026 upon consideration of the motion

(the "Motion") of In Home Program, Inc. d/b/a MARSCare (the "Debtor") for order pursuant to

11 U.S.C. § 1125, Federal Rules of Bankruptcy Procedure 3016, 3017, and Local Rule 3016-1 for

approval of the disclosure statement (the "Disclosure Statement") related to the plan of

reorganization (the "Plan") and the Motion having been filed and a hearing heard on **April 8, 2026**,

and the Motion requesting a date for filing Acceptances, Rejections, or Objections to the Plan; and

It having been determined by the Court after hearing and notice on the Motion that the

Disclosure Statement contains adequate information in accordance with the requirements of

11 U.S.C. §1125 and that the proposed voting materials and procedures comply with the provisions

of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

It is **ORDERED,** and Notice is hereby given, that:

1.      The Disclosure Statement is hereby **APPROVED.**

2.      The proposed voting procedures and the proposed voting materials, consisting of a

ballot are hereby approved.

3. On or before April 10, 2026, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders, and other parties in interest copies of the following: (1) the Plan of Reorganization; (2) the Disclosure Statement Related to Plan of Reorganization; (3) this Order; (4) a Ballot; and (5) a self-addressed envelope by which the Ballot may be returned to the Debtor's counsel.

4. May 11, 2026, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Plan of Reorganization. Ballots should be returned to:

> Albert A. Ciardi, III, Esquire
> Daniel Siedman, Esquire
> CIARDI CIARDI & ASTIN
> 1905 Spruce Street
> Philadelphia, PA 19103
> aciardi@ciardilaw.com
> dsiedman@ciardilaw.com

so as to be received on or before 5:00 p.m. on May 11, 2026. The Debtor may receive completed ballots by mail or email. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders.

5. In accordance with Bankruptcy Rule 3020(b)(1), May 11, 2026, is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to have been filed with the Court and served upon counsel for the Debtor.

6. The Debtor shall file its Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before May 15, 2026.

7. The hearing on confirmation of the Plan shall be held on May 21, 2026 at 10:00 a.m. via Zoom audio technology only, Meeting Info: 1-646-828-7666 (telephone number); 160 6807 8081 (meeting ID)

**BY THE COURT:**

Chief Judge Ashely M. Chan
United States Bankruptcy Court